AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:24cm68 | 9/11/24 7:24am | Ross Montgomery + Shannon Jandorf |

Inventory made in the presence of:
Shannon Jandorf, Senior Counsel, Tyson

Inventory of the property taken and name of any person(s) seized:

No property was taken, only electronic records

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/11/24

*Executing officer's signature*

Moises Nava, Deputy Director of Enforcement
*Printed name and title*

Returned by electronic mail
on this 13 day of
September, 2024.

Christy Comstock
U.S. Magistrate Judge

Case 5:24-cm-00068-CDC *SEALED*   Document 2 *SEALED* ***RESTRICTED*** (Court ONLY)
***RESTRICTED***   Filed 09/06/24   Page 3 of 3 PageID #: 18

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

IN RE ADMINISTRATIVE WARRANT OF:        )
                                        )
TYSON FOODS                             )   SEALED BY ORDER
212 E. Elm Street                       )   OF THE COURT
Rogers, Arkansas 72756                  )   Case No.
                                        )
                                        )
TYSON FOODS                             )
2200 W. Don Tyson Pkwy                  )
Springdale, AR 72762                    )

## RETURN OF SERVICE

I hereby certify that a copy of the attached warrant was duly served (indicate by check method used).

: on a duly authorized agent
✓ : by leaving at principal office
: or place of business, to wit:

: _Ross Montgomery_
:
:

On the company named hereon

_9/11/24_
(Month) (Day) (Year)

_Moises Nava_
(Name of person making service)

_Deputy Director of Enforcement_
(Official Title)

## RETURN

Inspection of the establishment described in the warrant was made on _September 11_, 2024 at _7:24_ (am)/pm.

_____
Wage and Hour Investigator